UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :
                                  :     Criminal No.   18-466 (MAS)
                                  :                    20-307 (MAS)
            v.                    :
                                  :     ORDER SETTING CONDITIONS
                                  :     OF RELEASE
RUEBEN AMES                       :


      This matter having been brought before the Court on Defendant Rueben Ames's oral application for an order permitting his release pending a violation of supervised release hearing; and the Government having opposed the application; and the Court having heard argument; and for good cause shown;

      IT IS this __10th__ day of January 2022;

      ORDERED that Defendant's application is GRANTED and Defendant shall be released subject to the conditions set forth below:

1. Mr. Ames shall reside with his daughter at 2 Kingsbury Square, Apartment 18E in Trenton, New Jersey.

2. Mr. Ames shall be subject to home detention with electronic monitoring, that is he is restricted to his residence at all times except for activities pre-approved by the probation office.

3. The probation office will install the electronic monitoring equipment by Wednesday, January 12, 2022.  Mr. Ames shall be released prior to the installation of the equipment.

4. Mr. Ames shall have no contact with the complaining witness/alleged victim in his case pending in the Philadelphia County Municipal Court.

5. Mr. Ames shall abstain from the use of alcohol or illegal drugs.  Mr. Ames will be subject to substance abuse testing and treatment at the direction of the probation office.

IT IS FURTHER ORDERED that all previously imposed conditions of supervised

release remain in effect.

_____
DOUGLAS E. ARPERT
United States Magistrate Judge